# EXHIBIT 1

EXHIBIT 01 - PAGE 0001

## SETTLEMENT AGREEMENT

THIS AGREEMENT is made and entered into as of December 16, 2022 (the "Effective Date"), by and between adidas AG, on behalf of itself and its subsidiaries, including adidas America, Inc. and adidas International Marketing B.V. (collectively, "adidas") on the one hand, and Fashion Nova, Inc. ("Fashion Nova") on the other hand. adidas and Fashion Nova collectively are referred to as the "Parties"; individually, each may be referred to as a "Party."

WHEREAS, adidas owns a design consisting of three parallel stripes on apparel and/or footwear (the "Three-Stripe Mark"), which is the subject of valid and subsisting U.S. Trademark Registration Nos. 870,136, 961,353, 1,815,956, 1,833,868, 2,016,963, 2,058,619, 2,278,589, 2,278,591, 2,284,308, 2,909,861, 2,999,646, 3,029,127, 3,029,129, 3,029,135, 3,087,329, 3,183,656, 3,183,663, 3,236,505, and 4,910,643 (each a "Registration");

WHEREAS, Fashion Nova operates an online store at https://www.fashionnova.com that sells apparel throughout the United States that Fashion Nova purchases from third parties, and Fashion Nova has displayed, marketed, offered for sale, and sold apparel bearing two, three, and four stripes, photographs of which are attached as **Exhibit A** (the "Disputed Apparel");

WHEREAS, adidas initiated a civil action styled *adidas America, Inc. and adidas AG-v. Fashion Nova, Inc.* (Civil Action No. 3:19-cv-00740) in the United States District Court for the District of Oregon, alleging, *inter alia*, that the Disputed Apparel infringes and dilutes adidas's rights in the Three-Stripe Mark (the "Civil Action");

WHEREAS, Fashion Nova denies all liability for the claims asserted in the Civil Action;

WHEREAS, the Parties desire an amicable resolution of their dispute by this Agreement, without the necessity of litigation.

NOW, THEREFORE, in consideration of the mutual promises and obligations contained in this Agreement and other good and valuable consideration, the Parties agree as follows:

1.    **Dismissal of Litigation.**    Within fifteen (15) days of the Effective Date, the Parties will stipulate to dismissal with prejudice of all claims and counterclaims in the Civil Action.

2.    **Payment.**    On or before December 31, 2022, Fashion Nova will pay to adidas International Marketing B.V. the sum of ███████████████████. On or before June 1, 2023, Fashion Nova will pay to adidas International Marketing B.V. the additional sum of ███████████████. Both payments shall be made by wire transfer to the following account: HSBC Bank USA, N.A., 452 Fifth Avenue, New York, New York 10018, United States of America, Account No. 021001088 - 000197351, Swiftcode: MRMDUS33, including the comment "Fashion Nova, Reference No. 350196/16."

3.    **Disposal of Inventory.**    Fashion Nova has approximately 4,374 units of the Disputed Apparel remaining in inventory or on order (the "Inventory"). Fashion Nova may sell the Inventory in the ordinary course of business through and including June 30, 2023 (the "Sell-Through Date"). Any Inventory remaining after the Sell-Through Date must be destroyed and

1

EXHIBIT 01 - PAGE 0002

certification of such destruction must be delivered to counsel for adidas (R. Charles Henn Jr., Kilpatrick Townsend & Stockton LLP, 1100 Peachtree Street N.E., Suite 2800, Atlanta, Georgia 30309).

      **4.**    **<u>Undertakings by Fashion Nova</u>.** Subject to the disposal of Inventory described in Section 3 above, Fashion Nova agrees to the following undertakings:

      4.1    Fashion Nova will not produce, manufacture, distribute, sell, offer for sale, advertise, promote, license, or market the Disputed Apparel.

      4.2    Fashion Nova will not produce, manufacture, distribute, sell, offer for sale, advertise, promote, license, or market any apparel or footwear bearing (1) the Three-Stripe Mark or (2) any design, mark or feature that is confusingly similar to the Three-Stripe Mark. For purposes of this Agreement, (a) "confusingly similar" has the same meaning as "likely to cause confusion" under 15 U.S.C. § 1125(a); and (b) "confusingly similar to the Three-Stripe Mark" includes but is not limited to two, three, or four stripes on apparel or footwear that are in the same or substantially identical lengths, widths, angles, spacings, and placements as depicted in the Registrations.

      4.3    Fashion Nova will not challenge or contest, or assist another in challenging or contesting, adidas's exclusive rights in and to any presentation of the Three-Stripe Mark in a Registration or set forth in an application for registration pending in the Patent & Trademark Office (PTO) as of the Effective Date ("Pending Application"). The prohibition in the preceding sentence includes, but is not limited to, asserting in any proceeding that the presentation of the Three-Stripe Mark in a Registration or Pending Application is not distinctive or is generic, descriptive, functional, or mere ornamentation.

      4.4    Fashion Nova's undertaking in Section 4.3 shall not apply if and to the extent that the Three-Stripe Mark is abandoned by adidas, is invalidated, or otherwise ceases to function as a mark. For purposes of clarification, "if and to the extent that" in the prior sentence means that, if adidas asserts against Fashion Nova in a future dispute rights under a specific Registration or Pending Application that has since been determined to be abandoned, rejected or otherwise invalidated, then Fashion Nova may challenge or contest adidas' claimed rights under that particular Registration or Pending Application to the same extent as any other member of the public.

      4.5    Fashion Nova's agreement in Section 4.1 to discontinue any Disputed Apparel is for the sole purpose of resolving disputed claims and is not, and shall not be interpreted or construed as, an admission or concession by Fashion Nova that any Disputed Apparel infringes any trademark, trade dress, patent, or other intellectual property right belonging to adidas. It is

2

EXHIBIT 01 - PAGE 0003

expressly maintained by Fashion Nova that adidas does not own exclusive use of iterations of two and four stripes on apparel or footwear. Section 4.1 of this Agreement does not in any way constitute an acknowledgement by Fashion Nova that any particular use whatsoever of stripes (in any number) on apparel and/or footwear can or does infringe or dilute adidas's trademark rights or constitute unfair competition. Except as set forth expressly in Sections 4.2 and 4.3, Fashion Nova reserves all of its rights, defenses and remedies against adidas should adidas assert a claim based on Fashion Nova's sale of apparel or footwear bearing allegedly confusingly similar two-, three-, or four-stripe designs.

4.6    The parties agree that any claim or dispute arising out of or relating to this Agreement or the undertakings set forth in this Section 4 shall be brought exclusively in federal court in the Central District of California after the dispute resolution procedures set forth in Section 7 hereof are satisfied.

**5.    Safe Harbor**. Notwithstanding the undertakings in Section 4, adidas agrees that Fashion Nova may produce, manufacture, distribute, sell, offer for sale, advertise, promote, license, or market any apparel or footwear bearing: (a) one stripe (regardless of size or spacing); or (b) any design depicted in **Exhibit B** (the "Safe Harbor Designs").

5.1    Modification of Safe Harbor. While adidas believes the Safe Harbor Designs are not confusingly similar to the Three-Stripe Mark, adidas also reserves the right to challenge a Safe Harbor Design it believes has become confusingly similar to the Three-Stripe Mark after the Effective Date. If adidas challenges a Safe Harbor Design on the basis that it is confusingly similar to the Three Stripe Mark, such challenge will be supported by a professionally designed and administered consumer survey that follows generally accepted principles and demonstrates a net confusion rate of twenty percent (20%) or more ("Sufficient Level of Confusion").

5.2    If adidas demonstrates a Sufficient Level of Confusion as to a challenged item and there are no disagreements pursuant to Section 5.3, within 30 days of receiving notice of challenge Fashion Nova will confirm in writing that it will not sell and/or request that the vendor modify the design of the item. If Fashion Nova agrees not to sell or to request a modification of a challenged item, Fashion Nova shall be entitled to sell through the remaining inventory that existed as of the date of the notice.

5.3    Fashion Nova reserves the right to object to any survey (or lack thereof) on the grounds it fails to comply with the requirements of this Agreement. Disagreements over challenges shall be subject to the dispute resolution procedures described in Section 7, during which time Fashion Nova will not place additional orders for challenged item.

3

EXHIBIT 01 - PAGE 0004

**6.** **Injunctive Relief.** In the event of an alleged breach by Fashion Nova of the undertakings set forth in Section 4 above, subject to and conditioned upon adidas's compliance with Section 5.1 and expiration of the time period in Sections 5.2 and 7.3, adidas shall be entitled to injunctive relief in addition to any other monetary relief available at law. It is expressly understood that this Section 6 is not intended (a) to confer greater or broader rights to injunctive relief on adidas than it already possesses under trademark law; (b) to relieve adidas from proving, or to lessen adidas's burden as the moving party in proving, entitlement to injunctive relief; or (c) to limit Fashion Nova's rights, remedies, or defenses in the event adidas seeks such relief.

**7.** **Dispute Resolution.**

7.1 **Negotiation Period.** In the event of any future dispute between adidas and Fashion Nova in the United States arising out of or relating to the Three-Stripe Mark or this Agreement, the Parties will make reasonable efforts to negotiate a resolution informally and will refrain from initiating litigation for thirty (30) calendar days (the "Negotiation Period") following written notice of an alleged breach or infringement (the "Dispute Notice") to the other Party (the "Receiving Party"). During the Negotiation Period, if Fashion Nova is the Receiving Party, Fashion Nova will confirm in writing within five (5) business days whether it will agree to cease selling and/or request that the vendor modify the design of the item. If Fashion Nova agrees not to sell or agrees to request a modification of a challenged item that is acceptable to adidas, and the volume of remaining inventory is not unreasonable, Fashion Nova shall be entitled to four (4) months from the date of the Dispute Notice to sell through the remaining inventory that existed as of the date of the notice.

7.2 **Mediation.** If the dispute is not resolved during the Negotiation Period, the Parties will participate in a one-day, non-binding mediation within thirty (30) days thereafter (the "Mediation Period"). Mediation will be conducted in San Francisco, California, with a mutually acceptable mediator. Attendance at the mediation by each Party shall be limited to one corporate representative with decision-making authority, one in-house counsel, and one outside counsel. The expense of the mediation will be shared equally by the Parties.

7.3 **Resolution Period.** The Negotiation Period and Mediation Period shall collectively be referred to as the "Resolution Period." During the Resolution Period, all statutes of limitations pertinent to the complaining Party's claims are tolled. The Resolution Period may not be used against the complaining Party to argue laches or delay. The Parties may mutually agree, in writing, to extend the Resolution Period and such an agreement will have the effect of continuing to toll any pertinent statutes of limitation and shall not be used as a basis to argue laches or delay.

4

EXHIBIT 01 – PAGE 0005

DocuSign Envelope ID: 8D023664-6437-4704-AEC5-85635B5002A1

7.4 The Receiving Party agrees not to initiate any declaratory judgment action until the Resolution Period has expired.

7.5 Other than as set forth in Sections 7.1 – 7.3, nothing in this Agreement prevents either Party from seeking interim, interlocutory, or preliminary relief where necessary to protect that Party's rights.

**8.** <u>Notice</u>. Notice according to this Agreement shall be made by electronic mail (e-mail) and by overnight mail, addressed to the Parties as follows below. Notice shall be effective on the date it is sent.

<u>If to adidas:</u>

Sara M. Vanderhoff
Associate General Counsel, Group Intellectual Property
5055 N. Greeley
Mail Stop A3-12B
Portland, OR  97217
Sara.vanderhoff@adidas.com

*With a copy to:*

R. Charles Henn Jr.
Kilpatrick Townsend LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309
chenn@ktslaw.com

<u>If to Fashion Nova:</u>

Erica Meierhans
General Counsel and Chief Compliance Officer
Fashion Nova
2801 E 46th St.
Vernon, CA 90058
erica.meierhans@fashionnova.com

*With a copy to:*

Daniel M. Petrocelli
Amy R. Lucas
Jeffrey A. Barker
O'Melveny & Myers LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067
dpetrocelli@omm.com
alucas@omm.com
jbarker@omm.com

5

EXHIBIT 01 – PAGE 0006

9.    **Release from All Claims.** Each of the Parties for themselves, their subsidiaries, parent companies, affiliates, employees, officers, directors, attorneys, representatives, successors and assigns, unconditionally release, acquit and forever absolutely discharge each other and one another's subsidiaries, parent companies, affiliates, employees, officers, directors, customers, insurers (including but not limited to, as to adidas but not as to Fashion Nova, Fashion Nova's insurers Citizens Insurance Company of America and Hanover Insurance Company), attorneys, successors, and assigns, from any and all actions, causes of action, claims, debts, defenses, disabilities, accounts, demands, damages, claims for indemnification, or contribution, costs, expenses or fees whatsoever, whether arising in the United States or elsewhere, whether known or unknown, suspected or unsuspected, certain or speculative, asserted or unasserted on account of or in any way concerning the Disputed Apparel or the Civil Action, occurring prior to the Effective Date.  Nothing in this Agreement may be construed as a limitation on any Party's right to bring any cause of action whatsoever (including without limitation for trademark infringement, trademark dilution, or unfair competition) against the other Party or against any third party based on events occurring after the Effective Date, except to the extent provided in Section 7 and except as provided in Section 5 with respect to the sale of Safe Harbor Designs. Notwithstanding the foregoing, nothing in this Section 9 is intended to nor shall release any claims or rights between Fashion Nova and its insurers or third-party vendors.

10.    **Waiver of California Civil Code § 1542.** The Parties intend for this Agreement to serve as a full and final release of all claims for any injuries or damages that the Parties may assert against one another in connection with the manufacture, display, or sale of the Disputed Apparel by Fashion Nova, which arose at any time before the Effective Date. In furtherance of this intention, and as further consideration for this Agreement, the releases given here are and will remain in effect to their full extent from the date those mutual general releases become effective, notwithstanding the discovery or existence of any additional or different facts or claims concerning Fashion Nova's sale of the Disputed Apparel. The Parties knowingly and voluntarily agree to waive the provisions of California Civil Code section 1542, which provides:

> **A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor.**

The Parties agree that, notwithstanding California Civil Code Section 1542, the mutual general releases contained in Section 9 of this Agreement will remain in full effect.  The Parties have consulted with legal counsel or have had the opportunity to do so and understand and acknowledge the significance and consequences of this agreement to waive California Civil Code section 1542.

11.    **No Admissions.**  This Agreement resolves disputed claims, and the Parties agree that neither the negotiation of nor any term of this Agreement is, is intended to be, or shall be construed to be, an admission for any purpose. The Parties agree and acknowledge that this Agreement is subject to all applicable settlement privileges under law and cannot be introduced in any action or proceeding by anyone for any purpose except to effectuate or enforce its terms.

6

EXHIBIT 01 - PAGE 0007

12. **Confidentiality.** The Parties will keep the contents of this Agreement strictly confidential, and will not disclose its terms to anyone, except to professional advisors, insurers, or as necessary in any tax or court filing. Additionally, either Party may disclose the terms of this Agreement, in whole or in part, in bringing an action against the other Party for breach of any provision of this Agreement, or in defending against any such action. Each Party further acknowledges that the other Party may be required to disclose the terms of this Agreement in the context of litigation involving persons who are not Parties to this Agreement; each Party agrees, however, to exercise reasonable efforts to ensure that any disclosure in the context of such other litigation is made only pursuant to an appropriate Protective Order, and to redact any financial terms prior to production. None of the Parties, nor their counsel, may seek to publicize or comment to the press concerning the Parties' dispute regarding the Disputed Apparel or the terms of this Agreement; provided, however, that in response to inquiries from the public or the press, the Parties may state that the dispute has been resolved amicably.

13. **Warranties and Representations.** The Parties acknowledge that no person or any other entity has made any promise, representation, or warranty whatsoever, expressed, implied, or statutory, not contained in this Agreement, concerning the subject matter of this dispute, to induce the execution of this instrument, and the Parties acknowledge that they have executed this instrument without reliance on any promise, representation, or warranty not contained in this Agreement. The Parties have consulted with legal counsel or have had the opportunity to do so. The Parties have read and understand all of the terms and conditions of this Agreement.

14. **Force and Effect of Agreement.** This Agreement is global in scope and is binding on and inures to the benefit of the Parties and each of their respective directors, officers, agents, employees, stockholders, representatives, attorneys, successors, and assigns. If this Agreement is translated to another language, English will be the controlling and binding language used for the interpretation of this Agreement and the resolution of any dispute regarding this Agreement.

15. **Severability.** The invalidity or unenforceability of any paragraph or provision of this Agreement will not affect the validity or enforceability of the remainder of this Agreement, or the remainder of any paragraph or provision. This Agreement must be construed in all respects as if any invalid or unenforceable paragraph or provision were omitted.

16. **Governing Law.** This Agreement must be governed by and construed in accordance with laws of the United States and the State of California, without regard to its conflicts of law provisions.

17. **Waiver.** The waiver of any breach of any term of this Agreement by any Party will not be deemed a waiver of any subsequent or prior breach.

18. **Binding on All Parties.** This Agreement is a fully negotiated document, it is deemed to have been jointly drafted by the Parties, and it is not to be strictly construed against any Party as the draftsman. The Agreement will become binding on the Parties as of the Effective Date.

EXHIBIT 01 - PAGE 0008

19.    **Execution of Agreement.** The undersigned individuals warrant and represent that they have full authority to execute and perform this Agreement on behalf of the entities for which they have signed.  This Agreement may be executed in counterparts, all of which, when taken together, constitute one agreement with the same force and effect as if all signatures had been entered on one document.  Photocopies, facsimile transmissions, PDFs, and other reproductions of this executed original (with reproduced signatures) shall constitute original counterparts of this Agreement.

20.    **Entire Agreement and Modification.** This Agreement represents the entire agreement between the Parties and may not be altered, amended, or modified, except in a writing signed by all Parties.

Dated: December  21 , 2022                    FASHION NOVA

*Erica Meierhans*

Name:   Erica Meierhans

Title: General Counsel and Chief Compliance Officer


Dated: December ____, 2022                    ADIDAS AG

*Sarah Talbot*
45C3FFDA86E6405...

21.12.2022

Name:   Sarah Talbot

Title:   VP Global Trademarks

*Aline Olie*
0DB6C25B12BE47C...

21.12.2022

Name:  Aline Olie

Title:   Senior Trademark Counsel

8

EXHIBIT 01 - PAGE 0009

# EXHIBIT A

EXHIBIT 01 - PAGE 0010

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

## EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|---|---|---|
| 1 | A Rare Sighting Short Set - Black |  |
| 2 | Adorya Lounge Set – Eggplant, Olive |  |

1

EXHIBIT 01 - PAGE 0011

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

## EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|---|---|---|
| 3 | Aiko Striped Shorts – Black, Heather Grey, Mauve, Mustard, Navy |  |
| 4 | Aimee Active Maxi Skirt Set - Black |  |

2

EXHIBIT 01 - PAGE 0012

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

## EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|---|---|---|
| 5 | Allina Stripe Satin Lounge Set – Black/Red |  |
| 6 | American Bay Set – Denim (shorts are Disputed Apparel) |  |

3

EXHIBIT 01 - PAGE 0013

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|---|---|---|
| 7 | Athletic Glam Short Set – Black, White |  |
| 8 | Aubree Active Short Set – White/Black |  |

4

EXHIBIT 01 - PAGE 0014

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|-----|-----------|-------|
| 9 | Audrey Active Jumpsuit - Black |  |
| 10 | Best Player in the Game Lounge Set – Black, Blue, Pink, Red, Yellow |  |

5

EXHIBIT 01 - PAGE 0015

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|-----|-----------|-------|
| 11 | Better Off Without You Leggings – Black/Lime, Red/Black |  |

6

EXHIBIT 01 - PAGE 0016

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

# EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|-----|-----------|-------|
| 12 | Bounce Back Active Set – Red, Blue |  |
| 13 | Camo Inside With Me Jacket and Jogger – Red, Charcoal, Coral, Olive, Pink |  |

7

EXHIBIT 01 - PAGE 0017

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

## EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|---|---|---|
| 14 | Catching Flights Not Feelings 3 piece Set – Black/Blue, Black/Pink, Black/White |  |

8

EXHIBIT 01 - PAGE 0018

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|-----|-----------|-------|
| 15 | Chill with Me Jogger – Black, Blush, Mustard |  |
| 16 | Chill With Me Sweatshirt & Jogger – Black, Blush, Mustard |  |

EXHIBIT 01 - PAGE 0019

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

## EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|-----|-----------|-------|
| 17 | Chillin' Chella Lounge Set – Multi-color |  |

10

EXHIBIT 01 - PAGE 0020

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

## EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|-----|-----------|-------|
| 18 | Chillin' Set – Navy, Orange |  |

11

EXHIBIT 01 - PAGE 0021

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|---|---|---|
| 19 | Come Over Romper – Black, Coral | |
| 20 | Come Over Romper -Royal | |



12

EXHIBIT 01 - PAGE 0022

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

# EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|-----|-----------|-------|
| 21 | Come Over Romper – Heather Grey (shorts and long pants version) |  |
| 22 | Come Over Romper – White, Black, Blue |  |

13

EXHIBIT 01 - PAGE 0023

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|-----|-----------|-------|
| 23 | Daily Reminder Set – Olive, Black/White<br><br>(top is the Disputed Apparel) |  |
| 24 | Daniel Jogger – Grey, Navy |  |

14

EXHIBIT 01 - PAGE 0024

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

## EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|-----|-----------|-------|
| 25 | Don't Make Me Jogger And Pullover Set - Black/Combo, Blue, White |  |

15

EXHIBIT 01 - PAGE 0025

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|-----|-----------|-------|
| 26 | Double Down Stripe Camo Set – Red, Blue, Pink, Yellow |  |

16

EXHIBIT 01 - PAGE 0026

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|-----|-----------|-------|
| 27 | Easy Fit Velour Jacket - Vintage Violet, Begonia Pink, Black, Dusty Blue |  |

17

EXHIBIT 01 - PAGE 0027

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

## EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|-----|-----------|-------|
| 28 | Eye Of The Dragon Track Pants - Red |  |
| 29 | Fake Left Ribbed Dress – Black |  |

18

EXHIBIT 01 - PAGE 0028

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|---|---|---|
| 30 | Fly Gal Faux Leather Joggers - Cream |  |
| 31 | From The Block Top Hoodie and Jogger – Black, Red |  |

19

EXHIBIT 01 - PAGE 0029

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|---|---|---|
| 32 | Gatti Track Pant - White<br><br>(pants are the Disputed Apparel) |  |
| 33 | Get It Girl Midi Dress – Black, Heather Grey, Hunter, Mustard, Red |  |

20

EXHIBIT 01 - PAGE 0030

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

## EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|---|---|---|
| 34 | Glad You Left Jumpsuit - Royal |  |

21

EXHIBIT 01 - PAGE 0031

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

## EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|-----|-----------|-------|
| 35 | Going Places Satin Set - Mauve |  |
| 36 | Going Places Satin Set - Navy |  |

22

EXHIBIT 01 - PAGE 0032

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|---|---|---|
| 37 | Going Places Satin Set - Burgundy |  |
| 38 | Got What You Want Lounge Set - Heather Grey |  |

23

EXHIBIT 01 - PAGE 0033

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

## EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|-----|-----------|-------|
| 39 | Half Stripe Lounge Set - Black |  |
| 40 | Halfway There Half Zip Up And Jogger Set – Black, Grey, Rose |  |

24

EXHIBIT 01 - PAGE 0034

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

## EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|---|---|---|
| 41 | Here to Score Active Biker Short Set - Black |  |
| 42 | Here to Score Active Biker Short Set - Grey |  |

25

EXHIBIT 01 - PAGE 0035

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|-----|-----------|-------|
| 43 | Hyped for the Weekend Jumpsuit - Black |  |
| 44 | Kayley Loungewear Set – Black, Burgundy, Hunter Green |  |

26

EXHIBIT 01 - PAGE 0036

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

## EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|-----|-----------|-------|
| 45 | Keep Up Lounge Set – Periwinkle, Burgundy |  |
| 46 | Kiara Striped Jumpsuit – Black, Heather Grey, Mauve |  |

27

EXHIBIT 01 - PAGE 0037

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

## EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|---|---|---|
| 47 | Let You Go Set – Slate, Marsala, Navy |  |
| 48 | Love My Double Stripe Active Leggings – Grey, Black<br><br>(leggings are the Disputed Apparel) |  |

28

EXHIBIT 01 - PAGE 0038

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

## EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|---|---|---|
| 49 | Loving Feeling Hoodie & Jogger – Black, Grey |  |
| 50 | Make It Happen Ombre Jogger – Royal (pants are the Disputed Apparel) |  |

29

EXHIBIT 01 - PAGE 0039

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|-----|-----------|-------|
| 51 | Make It Happen Ombre Jogger – Orange, Pink, Green<br><br>(pants are the Disputed Apparel) |  |
| 52 | Melina Pants – Black/Red, Black/White<br><br>(pants are the Disputed Apparel) |  |

30

EXHIBIT 01 - PAGE 0040

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|-----|-----------|-------|
| 53 | Meshing Up My Workout Hoodie and Joggers - Black |  |
| 54 | Mikaela Lounge Track Set – Black, Grey |  |

31

EXHIBIT 01 - PAGE 0041

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

## EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|-----|-----------|-------|
| 55 | Mini Living My Best Life Sliders – Mauve, White, Lime, Pink |  |
| 56 | Mini Tennis Courts Set - Red |  |

32

EXHIBIT 01 - PAGE 0042

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

## EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|-----|-----------|-------|
| 57 | Mini Tennis Courts II Set – Back/White |  |
| 58 | Mini Tennis Match Set - Charcoal |  |

33

EXHIBIT 01 - PAGE 0043

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|-----|-----------|-------|
| 59 | My Go To Lounge Set II - Black/White |  |
| 60 | Never Settle Lounge Set – Burgundy, Black, Olive |  |

34

EXHIBIT 01 - PAGE 0044

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

## EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|-----|-----------|-------|
| 61 | Noelani Lounge Set - Multi |  |
| 62 | Not Your Average Active Leggings – Rose, Maroon, Dark Red, Black |  |

35

EXHIBIT 01 - PAGE 0045

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

## EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|-----|-----------|-------|
| 63 | Off Court Distraction Biker Short Set – Mint, Black/Pink, Black/Yellow |  |

36

EXHIBIT 01 - PAGE 0046

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

## EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|-----|-----------|-------|
| 64 | Off The Court Velour Crop Jacket Jogger Set - Burgundy, Black |  |
| 65 | On Repeat Lounge Set – Navy, Mauve |  |

37

EXHIBIT 01 - PAGE 0047

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|-----|-----------|-------|
| 66 | Post Cargo Track Jacket & Pants –Black/White, Mauve/White, Orange/White, Red/Combo, Stone/White, White/Combo |  |

38

EXHIBIT 01 - PAGE 0048

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|-----|-----------|-------|
| 67 | Post Gym Selfie Jumpsuit - Black |  |
| 68 | Post Gym Selfie Jumpsuit – Coral, Heather Grey, Royal, Khaki, White, Yellow |  |

39

EXHIBIT 01 - PAGE 0049

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|-----|-----------|-------|
| 69 | Post Track Jacket Break Free Short – Black/White, White/Black |  |
| 70 | Post Track Jacket & Pants – Red, Stone/White, White/Black, Black, Orange, Mauve/White |  |

40

EXHIBIT 01 - PAGE 0050

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|---|---|---|
| 71 | Real Chill Pullover And Jogger Set – Black, White |  |

41

EXHIBIT 01 - PAGE 0051

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

## EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|-----|-----------|-------|
| 72 | Reflect And Respect Leggings – Neon Yellow<br><br>(pants are the Disputed Apparel) |  |
| 73 | Reflect And Respect Leggings – Neon Pink<br><br>(pants are the Disputed Apparel) |  |

42

EXHIBIT 01 - PAGE 0052

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|---|---|---|
| 74 | Roller Girl Jacket & Shorts- Navy, Red |  |
| 75 | Roller Girl Shorts – Navy, Red |  |

43

EXHIBIT 01 - PAGE 0053

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

## EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|-----|-----------|-------|
| 76 | Run the Field Joggers – Black<br><br>(pants are the Disputed Apparel) |  |
| 77 | Run the Field Joggers - Grey<br><br>(pants are the Disputed Apparel) |  |

44

EXHIBIT 01 - PAGE 0054

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

## EXHIBIT A – DISPUTED APPAREL

| No. | Image |
|-----|-------|
| 78 | Running Errands Stripe Trim Jumpsuit – Navy, Red  |
| 79 | Running Plays Lounge Set – Burgundy, Mustard, Navy  |

45

EXHIBIT 01 - PAGE 0055

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|---|---|---|
| 80 | Sabrina Striped Lounge Romper – Black, Dark Mauve, Grey |  |
| 81 | Shanna Set – Yellow/Black |  |

46

EXHIBIT 01 - PAGE 0056

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

## EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|-----|-----------|-------|
| 82 | Shanna Set – Green/White |  |
| 83 | Showing Off 2 Piece Lounge Set - White/Black |  |

47

EXHIBIT 01 - PAGE 0057

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

## EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|-----|-----------|-------|
| 84 | Since When Windbreaker Jacket - Black |  |
| 85 | Since When Windbreaker Jacket - Mustard, Purple |  |

48

EXHIBIT 01 - PAGE 0058

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

## EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|-----|-----------|-------|
| 86 | Sky Fall Track Jacket - Red/Combo, Blue/Combo |  |
| 87 | So Reflective Jacket - Silver |  |

49

EXHIBIT 01 - PAGE 0059

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|-----|-----------|-------|
| 88 | Spice Of Your Life Joggers – White/Black<br><br>(pants are the Disputed Apparel) |  |
| 89 | Spice Of Your Life Joggers – Black/White, Pink/White<br><br>(pants are the Disputed Apparel) |  |

50

EXHIBIT 01 - PAGE 0060

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

## EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|-----|-----------|-------|
| 90 | Sporty and Spicy Jogger Set – White, Blue |  |
| 91 | Sporty Girl Tank Top –Royal, Black, Grey, Mustard, Rose<br><br>(tank top is the Disputed Apparel) |  |

51

EXHIBIT 01 - PAGE 0061

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|---|---|---|
| 92 | Stay Chill Jumpsuit – Red/White |  |

52

EXHIBIT 01 - PAGE 0062

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|-----|-----------|-------|
| 93 | Stay Chill Jumpsuit – Black/White |  |
| 94 | Street Tennis Jogger Set – Black, Taupe |  |

53

EXHIBIT 01 - PAGE 0063

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

## EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|---|---|---|
| 95 | Stripes Over Anything Top - Black<br><br>(top is the Disputed Apparel) |  |
| 96 | Study Sesh Pullover Hoodie & Jogger – Mauve, Mustard, Black, Oatmeal, Charcoal, Maroon |  |

54

EXHIBIT 01 - PAGE 0064

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|-----|-----------|-------|
| 97 | Tahlia Camo Leggings - Olive |  |

55

EXHIBIT 01 - PAGE 0065

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

## EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|---|---|---|
| 98 | Team Captain Lounge Jacket & Jogger - Red |  |
| 99 | Tennis Champion Short Set – White/Black |  |

56

EXHIBIT 01 - PAGE 0066

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

## EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|---|---|---|
| 100 | Tennis Champion Short Set – Black/White |  |
| 101 | Tennis Court Chambray Set - Black |  |

57

EXHIBIT 01 - PAGE 0067

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|---|---|---|
| 102 | Tennis Court Country Club Short Set – White/Combo<br><br>(top is the Disputed Apparel) |  |
| 103 | Tennis Court Moment Biker Short Set - Tan/White, Black/White |  |

58

EXHIBIT 01 - PAGE 0068

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

## EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|---|---|---|
| 104 | Tennis Court Moment II Biker Short Set - Black/Red |  |
| 105 | Tennis Court On Ten Set – Blue, Green, Red |  |

59

EXHIBIT 01 - PAGE 0069

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|-----|-----------|-------|
| 106 | Tennis Court On Ten Short Set – Black |  |
| 107 | Tennis Court Zip Up Jacket And Biker Short Set – Black, Mauve, Olive |  |

60

EXHIBIT 01 - PAGE 0070

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|-----|-----------|-------|
| 108 | Tennis Courts II Set – Pink |  |
| 109 | Tennis Courts II Set – Heather Grey, Mauve/White, Royal Blue |  |

61

EXHIBIT 01 - PAGE 0071

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|-----|-----------|-------|
| 110 | Tennis Courts II Set – Black/Red |  |
| 111 | Tennis Courts II Set – Black/White (including kids) |  |

62

EXHIBIT 01 - PAGE 0072

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

## EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|-----|-----------|-------|
| 112 | Tennis Courts II Set – Blush |  |
| 113 | Tennis Courts II Set – Red/White |  |

63

EXHIBIT 01 - PAGE 0073

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|-----|-----------|-------|
| 114 | Tennis Courts III Set – Black, Burgundy, Mustard, Olive, Black/Red, Blush |  |

64

EXHIBIT 01 - PAGE 0074

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

EXHIBIT A – DISPUTED APPAREL



| No. | Item Name | Image |
|-----|-----------|-------|
| 115 | Tennis Courts III Set – Red | |
| 116 | Tennis Courts Set – Royal | |

65

EXHIBIT 01 - PAGE 0075

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|-----|-----------|-------|
| 117 | Tennis Glam Set – Black/White, Blue/White, Blush/Combo, Kellygreen/White, Tan/Multi, White/Black |  |

66

EXHIBIT 01 - PAGE 0076

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|-----|-----------|-------|
| 118 | Tennis Glam Set – Red/White |  |
| 119 | Tennis Glam Set – Purple |  |

67

EXHIBIT 01 - PAGE 0077

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

## EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|-----|-----------|-------|
| 120 | Tennis Match Set – Red, Charcoal |  |
| 121 | Tennis Pro Short Set – Red |  |

68

EXHIBIT 01 - PAGE 0078

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

## EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|-----|-----------|-------|
| 122 | Tennis Pro Short Set – Black |  |
| 123 | Tennis Pro Short Set – Light Blue, Black, Neon Orange, Neon Pink |  |

69

EXHIBIT 01 - PAGE 0079

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

## EXHIBIT A – DISPUTED APPAREL



| No. | Item Name | Image |
|---|---|---|
| 124 | Tennis Shortie Set – Black, Light Blue, Pink, Red, Royal Blue, Yellow | |

70

EXHIBIT 01 - PAGE 0080

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|-----|-----------|-------|
| 125 | Tennis Tie Dye Set – Black, Blush |  |
| 126 | Tennis Vibes Set – Black, Blue, Grey, Olive, Red |  |

71

EXHIBIT 01 - PAGE 0081

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

## EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|-----|-----------|-------|
| 127 | Tennis Vibes Set – White |  |

72

EXHIBIT 01 - PAGE 0082

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

## EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|---|---|---|
| 128 | There She Goes Athletic Jogger Set – Red, Nude, White |  |
| 129 | This Game's Serious Jogger Set – Black |  |

73

EXHIBIT 01 - PAGE 0083

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

## EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|-----|-----------|-------|
| 130 | Time For Tennis Long Sleeve Set – Lilac, Royal |  |
| 131 | Time For Tennis Short Sleeve Set – Black, Neon Coral |  |

74

EXHIBIT 01 - PAGE 0084

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

## EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|-----|-----------|-------|
| 132 | To A Tee Athletic Jogger Set - Taupe/Combo, Blue/Combo, Black/White<br><br>(pants are the Disputed Apparel) |  |
| 133 | Under Construction Biker Romper – Black, Royal |  |

75

EXHIBIT 01 - PAGE 0085

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|-----|-----------|-------|
| 134 | Walk My Way Jacket & Jogger – Black |  |
| 135 | Wave Biker Shorts – Black, Coral, Grey, White |  |
| 136 | Werk It Sis Lounge Jumpsuit - Black |  |

76

EXHIBIT 01 - PAGE 0086

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

## EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|---|---|---|
| 137 | Wild on the Tennis Court Set – Blue, Brown, Green |  |
| 138 | Gym Life Active Sports Bra In Sculpt Tech - Black |  |
| 139 | Shine Bright Sequin Joggers – Black, Gold, Pink |  |

77

EXHIBIT 01 - PAGE 0087

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|-----|-----------|-------|
| 140 | Unbothered Sweatshirt - Black |  |
| 141 | Livin' My Life Pants - Black |  |
| 142 | Lover Lounge Hoodie and Jogger – Black, Navy, Mauve, Charcoal, Burgundy, Light Purple, Vintage Violet, Oatmeal, Plum |  |

78

EXHIBIT 01 - PAGE 0088

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

## EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|---|---|---|
| 143 | On The Low Striped Lounge Leggings – Black/Wine |  |

79

EXHIBIT 01 - PAGE 0089

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|-----|-----------|-------|
| 144 | Late Brunch Striped Lounge Leggings – Black/White |  |
| 145 | Right Field Ribbed Dress – White |  |

80

EXHIBIT 01 - PAGE 0090

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|-----|-----------|-------|
| 146 | Running Around Town Stripe Hoodie - White |  |
| 147 | Aspen Dreaming Lounge Set - Purple |  |

81

EXHIBIT 01 - PAGE 0091

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|-----|-----------|-------|
| 148 | First String Athletic Dress - Yellow |  |
| 149 | In The Game Active Sports Bra – Black, Burgundy |  |

82

EXHIBIT 01 - PAGE 0092

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|-----|-----------|-------|
| 150 | Lidia Lounge Set - Grey Multi |  |
| 151 | Serena Active Hoodie - Marled Black, Navy, Vintage Violet |  |

83

EXHIBIT 01 - PAGE 0093

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|-----|-----------|-------|
| 152 | Show Them What You Got Lounge Set - Black/Multi, Blue/Pink |  |
| 153 | Track Queen Off The Shoulder Set – Black, Grey |  |

84

EXHIBIT 01 - PAGE 0094

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

## EXHIBIT A – DISPUTED APPAREL



| No. | Item Name | Image |
|---|---|---|
| 154 | Olympian Track Jacket – Blush, Black, Mustard, Burgundy/Combo, Green, Olive/Combo | |

85

EXHIBIT 01 - PAGE 0095

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|-----|-----------|-------|
| 155 | In The Zone Windbreaker Jacket – Black/Lime |  |
| 156 | Living My Best Life Sliders - Black |  |

86

EXHIBIT 01 - PAGE 0096

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|-----|-----------|-------|
| 157 | Living My Best Life Sliders - Neon Pink |  |
| 158 | Living My Best Life Sliders - Neon Yellow |  |
| 159 | Now Or Never Romper - Red |  |

87

EXHIBIT 01 - PAGE 0097

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|---|---|---|
| 160 | Jump On Me Jumpsuit - Black/White, Lavender/White | |
| 161 | Striped Hem Hoodie – White, Olive, Red, Heather Grey, Black, Orange | |

88

EXHIBIT 01 - PAGE 0098

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

EXHIBIT A – DISPUTED APPAREL

| No. | | Image |
|---|---|---|
| 162 | Tennis Courts Set – Red |  |
| 163 | Camo Tennis Courts II Set – Grey, Olive, Orange |  |

89

EXHIBIT 01 - PAGE 0099

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|-----|-----------|-------|
| 164 | Tennis Court Mock Neck Biker Short Set |  |
| 165 | Camo Tennis Court III Set – Olive |  |

90

EXHIBIT 01 - PAGE 0100

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

# EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|-----|-----------|-------|
| 166 | Tennis Courts III Zip Set – Black, Blush, Baby Blue, Olive, Red, Taupe |  |

91

EXHIBIT 01 - PAGE 0101

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|---|---|---|
| 167 | Camo Tennis Court III Zip Set – Grey, Green |  |
| 168 | Tennis Courts Set – Black, Pink, Mauve, Red, Navy, Olive, Royal |  |

92

EXHIBIT 01 - PAGE 0102

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|-----|-----------|-------|



93

EXHIBIT 01 - PAGE 0103

DocuSign Envelope ID: 8D023664-6427-4704-AEC5-85635B5002A1

## EXHIBIT A – DISPUTED APPAREL

| No. | Item Name | Image |
|---|---|---|
| 169 | In The Game Active Legging – Burgundy, Black |  |
| 170 | Post Cargo Short – Black/White, Red Combo, Stone/White |  |

94

EXHIBIT 01 - PAGE 0104

# EXHIBIT B

EXHIBIT 01 - PAGE 0105

**Exhibit B - Safe Harbor**



1

EXHIBIT 01 - PAGE 0106



2

EXHIBIT 01 - PAGE 0107

**THE FOLLOWING ARE ALTERNATIVE COLORWAYS OF THE PRODUCT ON PAGE 2:**



EXHIBIT 01 - PAGE 0108



4

EXHIBIT 01 - PAGE 0109

**THE FOLLOWING ARE ALTERNATIVE COLORWAYS OF THE PRODUCT ON PAGE 4:**



5

EXHIBIT 01 - PAGE 0110



6

EXHIBIT 01 - PAGE 0111

**THE FOLLOWING ARE ALTERNATIVE COLORWAYS OF THE PRODUCT ON
PAGE 6:**



7

EXHIBIT 01 - PAGE 0112





8

EXHIBIT 01 - PAGE 0113



9

EXHIBIT 01 - PAGE 0114



10

EXHIBIT 01 - PAGE 0115



11

EXHIBIT 01 - PAGE 0116

**THE FOLLOWING ARE ALTERNATIVE COLORWAYS OF THE PRODUCT ON PAGE 11:**



12

EXHIBIT 01 - PAGE 0117

**THE FOLLOWING ARE ALTERNATIVE COLORWAYS OF THE PRODUCT ON PAGE 11:**



EXHIBIT 01 - PAGE 0118

**THE FOLLOWING ARE ALTERNATIVE COLORWAYS OF THE PRODUCT ON PAGE 11:**



14

EXHIBIT 01 - PAGE 0119





15

EXHIBIT 01 - PAGE 0120



16

EXHIBIT 01 - PAGE 0121

**THE FOLLOWING ARE ALTERNATIVE COLORWAYS OF THE PRODUCT ON PAGE 16:**



17

EXHIBIT 01 - PAGE 0122



18

EXHIBIT 01 - PAGE 0123

DocuSign Envelope ID: 8D023664-6437-4791-AEC5-85635B5002A1



19

EXHIBIT 01 - PAGE 0124







EXHIBIT 01 - PAGE 0125

**The following designs may appear on knit or woven collars, cuffs and waistbands of garments**:



EXHIBIT 01 - PAGE 0126

**DocuSign**

## Certificate Of Completion

Envelope Id: 8D02366464274704AEC585635B5002A1                                          Status: Completed
Subject:  DocuSign: FASHION NOVA Settlement Agreement.pdf
Use Case:
Source Envelope:
Document Pages: 125                      Signatures: 2                    Envelope Originator:
Certificate Pages: 5                     Initials: 0                      Maggie Taha
AutoNav: Enabled                                                          Adi-Dassler-Strasse 1
EnvelopeId Stamping: Enabled                                             Herzogenaurach, Bavaria  91074
Time Zone: (UTC-08:00) Pacific Time (US & Canada)                        Maggie.Taha@adidas.com
                                                                         IP Address: 24.21.160.19

## Record Tracking

Status: Original                  Holder: Maggie Taha                Location: DocuSign
        Dec-21-2022 | 00:33              Maggie.Taha@adidas.com

| Signer Events | Signature | Timestamp |
|---|---|---|
| Aline Olie<br>Aline.Olie@adidas.com<br>Senior Trademark Counsel<br>adidas AG<br>Security Level: Email, Account Authentication (None) | *Aline Olie*<br>DC08C25B128E47C...<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 77.242.115.130 | Sent: Dec-21-2022 | 00:38<br>Viewed: Dec-21-2022 | 08:45<br>Signed: Dec-21-2022 | 08:50 |
| **Electronic Record and Signature Disclosure:**<br>   Not Offered via DocuSign | | |
| Sarah Talbot<br>Sarah.Talbot@adidas.com<br>VP Global Trademarks<br>adidas International Marketing BV<br>Security Level: Email, Account Authentication (None) | *Sarah Talbot*<br>45C3FFDA86E6405...<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 77.250.124.187 | Sent: Dec-21-2022 | 00:38<br>Viewed: Dec-21-2022 | 09:21<br>Signed: Dec-21-2022 | 09:22 |
| **Electronic Record and Signature Disclosure:**<br>   Not Offered via DocuSign | | |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| Jamaica Garman<br>Jamaica.Garman@adidas.com<br>testing<br>Security Level: Email, Account Authentication (None) | **COPIED** | Sent: Dec-21-2022 | 09:22 |
| **Electronic Record and Signature Disclosure:**<br>   Not Offered via DocuSign | | |

EXHIBIT 01 - PAGE 0127

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| Maggie Taha<br>maggie.taha@adidas.com<br>adidas<br>Security Level: Email, Account Authentication (None)<br>**Electronic Record and Signature Disclosure:**<br>    Not Offered via DocuSign | **COPIED** | Sent: Dec-21-2022 \| 09:22 |
| Sara Vanderhoff<br>sara.vanderhoff@adidas.com<br>Security Level: Email, Account Authentication (None)<br>**Electronic Record and Signature Disclosure:**<br>    Accepted: May-26-2022 \| 18:12<br>    ID: e5a737a6-dee1-40f8-97be-4f77094d52d1<br>    Company Name: adidas AG | **COPIED** | Sent: Dec-21-2022 \| 09:22 |

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | Dec-21-2022 \| 00:38 |
| Certified Delivered | Security Checked | Dec-21-2022 \| 09:21 |
| Signing Complete | Security Checked | Dec-21-2022 \| 09:22 |
| Completed | Security Checked | Dec-21-2022 \| 09:22 |

| Payment Events | Status | Timestamps |
|---|---|---|

**Electronic Record and Signature Disclosure**

EXHIBIT 01 - PAGE 0128

## ELECTRONIC RECORD AND SIGNATURE DISCLOSURE

From time to time, adidas (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through the DocuSign system. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to this Electronic Record and Signature Disclosure (ERSD), please confirm your agreement by selecting the check-box next to 'I agree to use electronic records and signatures' before clicking 'CONTINUE' within the DocuSign system.

### Getting paper copies

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. You will have the ability to download and print documents we send to you through the DocuSign system during and immediately after the signing session and, if you elect to create a DocuSign account, you may access the documents for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

### Withdrawing your consent

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

### Consequences of changing your mind

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. Further, you will no longer be able to use the DocuSign system to receive required notices and consents electronically from us or to sign electronically documents from us.

### All notices and disclosures will be sent to you electronically

EXHIBIT 01 — PAGE 0129

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through the DocuSign system all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures electronically from us.

**How to contact adidas:**

You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:

**To advise adidas of your new email address**

To let us know of a change in your email address where we should send notices and disclosures electronically to you, you must send an email message to us at  and in the body of such request you must state: your previous email address, your new email address.  We do not require any other information from you to change your email address.

If you created a DocuSign account, you may update it with your new email address through your account preferences.

**To request paper copies from adidas**

To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an email to  and in the body of such request you must state your email address, full name, mailing address, and telephone number. We will bill you for any fees at that time, if any.

**To withdraw your consent with adidas**

To inform us that you no longer wish to receive future notices and disclosures in electronic format you may:

i. decline to sign a document from within your signing session, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;

EXHIBIT 01 - PAGE 0130

ii. send us an email to  and in the body of such request you must state your email, full name, mailing address, and telephone number. We do not need any other information from you to withdraw consent.. The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process..

**Required hardware and software**

The minimum system requirements for using the DocuSign system may change over time. The current system requirements are found here: https://support.docusign.com/guides/signer-guide-signing-system-requirements.

**Acknowledging your access and consent to receive and sign documents electronically**

To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please confirm that you have read this ERSD, and (i) that you are able to print on paper or electronically save this ERSD for your future reference and access; or (ii) that you are able to email this ERSD to an email address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format as described herein, then select the check-box next to 'I agree to use electronic records and signatures' before clicking 'CONTINUE' within the DocuSign system.

By selecting the check-box next to 'I agree to use electronic records and signatures', you confirm that:

- You can access and read this Electronic Record and Signature Disclosure; and
- You can print on paper this Electronic Record and Signature Disclosure, or save or send this Electronic Record and Disclosure to a location where you can print it, for future reference and access; and
- Until or unless you notify adidas as described above, you consent to receive exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you by adidas during the course of your relationship with adidas.

EXHIBIT 01 - PAGE 0131