Kollin J. Zimmermann (CA Bar No. 273092)
kzimmermann@ktslaw.com
KILPATRICK TOWNSEND & STOCKTON LLP
1801 Century Park East Suite 2300
Los Angeles, CA 90067
Telephone: 310-248-3830
Facsimile: 310-860-0363

R. Charles Henn Jr. (*pro hac vice filed*)
chenn@ktslaw.com
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
Telephone: 404.815.6500
Facsimile: 404.815.6555

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ADIDAS AMERICA, INC., an Oregon corporation; and ADIDAS AG, a foreign entity,<br><br>Plaintiffs,<br><br>v.<br><br>FASHION NOVA, LLC, a California limited liability company,<br><br>Defendant. | CASE NO.: 2:25-cv-01878-RGK (ADSx)<br>*Judge: R. Gary Klausner*<br><br>**NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION WITHOUT PREJUDICE**<br><br>Complaint Filed: March 4, 2025<br>Trial Date: None Set |

|    |    |
|---|---|
| 1 | **PLEASE TAKE NOTICE THAT** Plaintiffs adidas America, Inc. and adidas AG (collectively "adidas") are withdrawing their Motion for a Preliminary Injunction and supporting papers (Docket Nos. 11-14) filed on March 7, 2025, in order to conform their motion to the Standing Order for Judge Klausner issued on March 10, 2025. *See* L.R. 7-16. Although adidas requested a hearing date of April 22 at 10:00 AM prior to reassignment of the case to Judge Klausner, a hearing date had not yet been confirmed. |

adidas will be re-filing its Motion for a Preliminary Injunction in accordance with the Federal Rules of Civil Procedure, Local Rules, and Judge Klausner's Standing Order, and will set a new hearing date in accordance therewith.

DATED:  March 10, 2025

                                              Respectfully submitted by,

By: */s/ Kollin J. Zimmermann*
Kollin J. Zimmermann (CA Bar No. 273092)
kzimmermann@ktslaw.com
KILPATRICK TOWNSEND & STOCKTON LLP
1801 Century Park East Suite 2300
Los Angeles, CA 90067
Telephone: 310-248-3830
Facsimile: 310-860-0363

R. Charles Henn Jr. (*pro hac vice filed*)
chenn@ktslaw.com
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
Telephone: 404.815.6500
Facsimile: 404.815.6555
*Attorneys for Plaintiffs*
*adidas America, Inc. and adidas AG*