# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADIDAS AMERICA, INC , et al.<br><br>PLAINTIFF(S)<br><br>v.<br><br>FASHION NOVA, LLC<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:25–cv–01878–RGK–ADS<br><br>**ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)** |

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Court's Local Rules, General Orders, and/or Case Management Order, as indicated:

  3/12/2025    /    20    /    AND MOTION for Preliminary Injunction  
*Date Filed*       *Doc. No.*       *Title of Document*

  __    /    __    /    __  
*Date Filed*       *Doc. No.*       *Title of Document*

Other:
Memorandum exceeds 5, 600 words in violation of this Court's Standing Order [16] issued on 3/10/2025.

Dated: March 12, 2025              By: /s/ *R. Gary Klausner*  
                                                     U.S. District Judge

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**