| | |
|---|---|
| Kollin J. Zimmermann (CA Bar No. 273092)<br>kzimmermann@ktslaw.com<br>KILPATRICK TOWNSEND & STOCKTON LLP<br>1801 Century Park East Suite 2300<br>Los Angeles, CA 90067<br>Telephone: 310-248-3830<br>Facsimile: 310-860-0363<br><br>R. Charles Henn Jr. (Admitted *pro hac vice*)<br>chenn@ktslaw.com<br>KILPATRICK TOWNSEND & STOCKTON LLP<br>1100 Peachtree Street, Suite 2800<br>Atlanta, GA 30309<br>Telephone: 404.815.6500<br>Facsimile: 404.815.6555<br><br>*Attorneys for Plaintiffs* | LUCIA E. COYOCA (SBN 128314)<br>  lec@msk.com<br>VALENTINE A. SHALAMITSKI (SBN 236061), vas@msk.com<br>MITCHELL SILBERBERG & KNUPP LLP<br>2049 Century Park East, 18th Floor<br>Los Angeles, CA  90067-3120<br>Telephone: (310) 312-2000<br>Facsimile: (310) 312-3100<br><br>*Attorneys for Defendant Fashion Nova, LLC* |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ADIDAS AMERICA, INC., an Oregon corporation; and ADIDAS AG, a foreign entity,<br><br>    Plaintiffs,<br><br>    v.<br><br>FASHION NOVA, LLC, a California limited liability company,<br><br>    Defendant. | CASE NO.: 2:25-cv-01878-RGK (ADSx)<br>*Judge*: Hon. R. Gary Klausner<br><br>**STIPULATION AND JOINT REQUEST TO RESET HEARING ON PRELIMINARY INJUNCTION MOTION UNTIL AFTER MEDIATION**<br><br>Complaint Filed: March 4, 2025<br>Trial Date: None Set |

STIPULATION AND JOINT REQUEST TO RESET HEARING
CASE NO.: 2:25-CV-01878-RGK (ADSX)

Plaintiffs adidas America, Inc. and adidas AG (collectively, "adidas") and Defendant Fashion Nova, LLC ("Fashion Nova") (collectively, "the Parties") hereby stipulate and jointly request as follows:

WHEREAS, on March 4, 2025, adidas filed the Complaint in this action.

WHEREAS, on March 12, 2025, adidas filed a Motion for Preliminary Injunction (the "PI Motion") and noticed the hearing for April 14, 2025, at 9:00 AM (the "Hearing Date");

WHEREAS, Fashion Nova's brief in opposition to the PI Motion is currently due on March 24, 2025;

WHEREAS, adidas' Reply is currently due on March 31, 2025.

WHEREAS, the Parties have agreed to mediate this dispute and scheduled a mediation before retired U.S. District Court Judge and former Chief Judge of this District, the Hon. George King, on April 17, 2025, in San Francisco (the "Mediation"); and

WHEREAS, the Parties wish to conserve the time and resources of the Court, minimize the burden and expense associated with the opposition and reply briefing, and avoid having the Court prepare for and conduct a hearing on the PI Motion before the Mediation takes place. ;

NOW THEREFORE, WITHOUT WAIVER OF ANY POSITIONS OR ARGUMENTS IN CONNECTION WITH THE PI MOTION, THE PARTIES HEREBY JOINTLY REQUEST that the Court reset the Hearing Date on the PI Motion from April 14, 2025 to May 19, 2025, and that the due date for the Parties' filing of Opposition and Reply Briefs shall be in accord with the continued hearing date of May 19, 2025. THE FOREGOING IS SO STIPULATED AND AGREED TO:

By: */s/ Kollin J. Zimmermann*
Kollin J. Zimmermann (CA Bar No. 273092)

By: */s/ Lucia E. Coyoca*
Lucia E. Coyoca (CA Bar No. 128314)
lec@msk.com

| | | |
|---|---|---|
| 1 | kzimmermann@ktslaw.com | Mitchell Silberberg & Knupp LLP |
| 2 | KILPATRICK TOWNSEND & STOCKTON LLP | 2049 Century Park East, 18th Floor |
| 3 | 1801 Century Park East Suite 2300 | Los Angeles, California 90067 |
| 4 | Los Angeles, CA 90067 | Telephone: 310-312-3250 |
| 5 | Telephone: 310-248-3830 | |
|   | Facsimile: 310-860-0363 | *Attorneys for Defendant* Fashion Nova, LLC |

R. Charles Henn Jr. (Admitted *pro hac vice*)
chenn@ktslaw.com
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
Telephone: 404.815.6500
Facsimile: 404.815.6555

*Attorneys for Plaintiffs
adidas America, Inc. and adidas AG*

STIPULATION AND JOINT REQUEST TO RESET HEARING
CASE NO.: 2:25-cv-01878-RGK (ADSx)                                                            - 2 -

## ATTESTATION REGARDING SIGNATURES

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Kollin J. Zimmermann, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: March 20, 2025            */s/ Kollin J. Zimmermann*
                                 Kollin J. Zimmermann

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2025, the foregoing Stipulation and Joint Request to Reset Hearing Until After Mediation was served by Electronic Mail to the following, who agreed to accept service electronically on behalf of Fashion Nova, LLC in this litigation:

Lucia E. Coyoca, Esq.
Valentine A. Shalamitski
Mitchell Silberberg & Knupp LLP
2049 Century Park East, 18th Floor
Los Angeles, California 90067
lec@msk.com

                                 */s/ Donna Boss*
                                 Donna Boss